**Dismiss; and Opinion Filed August 31, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00823-CV

### THE CITY OF DALLAS, Appellant

### V.

### MARVA GEORGE, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-03991-C**

## MEMORANDUM OPINION
Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

Stating it no longer wishes to proceed with the appeal because the trial court has entered

an agreed final order of dismissal, appellant has filed a motion to dismiss the appeal. *See* TEX. R.

APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*, 43.2(f).

/David W. Evans/
DAVID EVANS
JUSTICE

150823F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

THE CITY OF DALLAS, Appellant

No. 05-15-00823-CV        V.

MARVA GEORGE, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-14-03991-C.
Opinion delivered by Justice Evans. Justices Fillmore and Myers participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Marva George recover her costs, if any, of this appeal from appellant The City of Dallas.

Judgment entered this 31st day of August, 2015.